Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL WILLIAMS, ) | Case No.: No. C04-2260-MAT |
| ) | |
| Plaintiff, ) | PROPOSED ORDER RE AMENDMENT OF |
| ) | BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, COMMISSIONER ) | |
| OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| Defendant ) | |
| ) | |

It is hereby ORDERED that the briefing schedule in this matter be amended as follows:  the Opening Brief shall be due by August 22, 2005, the Responsive Brief shall be due by September 19, 2005 and the Reply Brief shall be due by October 3,2005.

PROPOSED ORDER RE AMENDMENT OF

BRIEFING SCHEDULE - 1

1 | Dated this  11th  day of July, 2005.

                                    s/ Mary Alice Theiler
                                    UNITED STATES DISTRICT JUDGE


    Presented by:


    Tha Win, Attorney for Plaintiff
    WSBA #23217


Dated:_____

                                              THA WIN
                                              Attorney for Plaintiff

PROPOSED ORDER RE AMENDMENT OF

BRIEFING SCHEDULE - 2