UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CAROL WILLIAMS, | ) | CASE NO. C04-2260-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER VACATING DECISION OF |
| | ) | THE ALJ AND REMANDING CASE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | TO THE APPEALS COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The decision of the Administrative Law Judge is VACATED and this case is REMANDED to the Appeals Counsel for further consideration of plaintiff's request for review; and

(3) The Clerk shall direct copies of this Order to all counsel of record and to Judge Theiler.

DATED this 13th day of December, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER VACATING DECISION OF THE ALJ AND
REMANDING CASE TO THE APPEALS COUNSEL
PAGE -2